# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: ANTWOYN SPENCER          Case No. 19-MC-0013 (NEB)

**ORDER**

Plaintiff Antwoyn Terrell Spencer was restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Spencer v. Watson*, No. 17-CV-3999 (SRN/LIB). Recently, the Court concluded that Spencer's attempt to initiate new habeas corpus proceedings lacked an arguable basis in law or fact and was thus frivolous. [ECF No. 3.] On April 2, 2019, Spencer filed a motion to amend his habeas petition, repeating the issues raised in his petition, [ECF No. 1], which this Court already considered. [ECF No. 5.] Spencer's one-page written submission does not add or change anything to the merits of his initial filing. Nor does it set forth any valid basis for reconsideration under the Federal Rules of Civil Procedure. Given these deficiencies, the Court finds it appropriate to summarily deny Spencer's motion. [ECF No. 5.][1]  The Court also certifies that any appeal

---

[1] Spencer was warned in this Court's March 28, 2019 Order that future filings would be summarily dismissed. [ECF No. 3].

taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED.

Dated: April 5, 2019                                          BY THE COURT:

                                                                            s/Nancy E. Brasel
                                                                            Nancy E. Brasel
                                                                            United States District Judge